**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6385

JAMES DARNELL SCOTT,

              Plaintiff - Appellant,

        v.

GERALDINE MIRO, Responsible Authority for Policy PS-10.08;
WILLIAM R. BYARS, JR., South Carolina Department of
Corrections Director,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:11-cv-03169-RBH)

Submitted:  June 26, 2014          Decided:  June 30, 2014

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Darnell Scott, Appellant Pro Se.   Jocelyn Newman,
RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Darnell Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Miro, No. 0:11-cv-03169-RBH (D.S.C. Feb. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2